UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis ENSALDO–FLORES,
Defendant–Appellant.

Nos. 14–10074, 14–10075.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 21, 2015.*

Filed Jan. 29, 2015.

Heather Sechrist, Esquire, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Saul M. Huerta, Tucson, AZ, for Defendant–Appellant.

Luis Ensaldo–Flores, pro se.

Before: CANBY, GOULD, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Luis Ensaldo–Flores appeals his guilty-plea conviction and 37–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and consecutive four-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ensaldo–Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ensaldo–Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on these direct appeals. Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

